Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GUADALUPE REYNOSO, | ) | Case No. CV 07-7663 AN |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED:  June 27, 2008            /s/    ARTHUR NAKAZATO
                                 ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE